**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Virginia A. Sanderson (Bar No. 240241)
Alison B. Kwan (Bar No. 267884)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:  (415) 955-1158
karl@KRInternetLaw.com
ginny@KRInternetLaw.com
alison@KRInternetLaw.com

Attorneys for Plaintiff

BY _____

2013 JUN 17 PM 4: 55
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

FILED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**VISIONS OF AMERICA, LLC**, a California limited liability company,

　　　　Plaintiff,

　　vs.

**BOSTON SYMPHONY ORCHESTRA, INC.**, a Massachusetts nonprofit corporation,

　　　　Defendant.

Case No. CV13-04355 -JEM

**COMPLAINT FOR DAMAGES**

**DEMAND FOR JURY TRIAL**



RECEIVED
CLERK, U.S. DISTRICT COURT

JUN 14 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Case No.

COMPLAINT

**COMPLAINT**

Plaintiff Visions of America, LLC, a California limited liability company ("VOA"), by and through its undersigned counsel, states and alleges as follows:

**INTRODUCTION**

1.      The 2011–12 concert season marked the 127th anniversary of the Boston Pops (the "Pops").  At the same time, other notable and national events occurred, such as the 225th Anniversary of the U.S. Constitution, the 150th Anniversary of the Civil War, and the 2012 Presidential Election. Accordingly, "America's Orchestra" chose to mark these occasions with a patriotic-themed season that honored this nation through music and picture. To do so, the Pops collaborated with VOA to present "Visions of America: A Photo Symphony" (the "Photo Symphony") eight times during the season. This collaboration was so important that the Pops even named their entire concert season "Visions of America" after VOA.

2.      The Photo Symphony is a multimedia production ten years in the making.  Its centerpiece is a montage of photographs by Joseph Sohm ("Sohm") depicting the history, places, people, and culture of the United States.  Over the course of his thirty-year career, Sohm has documented America's visual history by photographing everything from U.S. Presidents and magnificent landscapes and monuments down to the freedoms enjoyed by average citizens.  When one encounters a stunning photograph depicting the beauty of this country, there is a strong likelihood it was taken by Sohm, as he has been published more than 200,000 times in the worldwide media. VOA is headed by Sohm, who owns all rights to his photographs.

3.      The Photo Symphony also includes an original instrumental score, songs, and narration to accompany the photo montage.  VOA collaborated with celebrated award-winning American artists to develop

1   these components of the Photo Symphony.

2   4.   The Pops is operated by Defendant Boston Symphony
3   Orchestra, Inc. ("BSO").   VOA's efforts in working with BSO to bring the
4   Photo Symphony to the Pops and promote the 2011–12 season were
5   tireless.   In addition to its contribution of the Photo Symphony itself,
6   including an edited montage of hundreds of Sohm's most recognized
7   photographs, VOA incurred substantial out-of-pocket expenses related to
8   travel, video and sheet music copying expenses, and photo shoots in and
9   around Boston, to take pictures, including aerial photographs, of the Boston
10  Red Sox, the New England Patriots, and so forth.   VOA provided its name
11  and Sohm's photographs for use in a significant amount of promotional,
12  print, electronic and other materials that seemed to paper all of Boston
13  during the season.   On behalf of VOA, Sohm appeared in media interviews
14  promoting the season and managed and judged a photography contest
15  promoting the season.

16  5.   At all times, VOA and BSO operated with the mutual
17  understanding that, as with any artist or vendor, VOA would be
18  compensated for the use of its intellectual property and its considerable and
19  important contribution to the season.

20  6.   By all accounts, the "Visions of America" season was a success.
21  Noteworthy guest performers included Bernadette Peters, Alan Bergman,
22  Steve Martin and the Stone Canyon Rangers, Patti Austin, Steve Tyrell, U.S.
23  Senator Alan Simpson, conductor John Williams, and many other names.
24  Every performance of the Photo Symphony was to a packed house and
25  culminated in a standing ovation.

26  7.   Suffice it to say that, without VOA's contribution, the 2011–12
27  Pops season would not have been the same.   Regardless, when VOA
28  approached BSO regarding payment after the close of the season, BSO

KRONENBERGER | ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

1  flatly refused to pay a cent.

2      8.    Thus, it appears that BSO believes that the title "America's

3  Orchestra" has endowed the Pops with the decidedly un-American right to

4  accept the benefits of an agreement and then renege on its payment

5  obligations, trampling the intellectual property and other rights of the

6  opposing party in the process.

7      9.    Despite an endowment and operating budget that towers that of

8  most symphonies, BSO continues to refuse to pay VOA for its performance

9  of the Photo Symphony, the use of VOA's trademark and copyrighted

10  materials in its promotional items, or the out-of-pocket expenses VOA

11  incurred in working to bring the Photo Symphony to the Pops.  Accordingly,

12  VOA now seeks relief through the Court.

13                              **PARTIES**

14      10.    Plaintiff Visions of America, LLC is a California limited liability

15  company with its principal place of business in Oak View, California.

16      11.    On information and belief, Defendant Boston Symphony

17  Orchestra, Inc. is a Massachusetts nonprofit corporation with its principal

18  place of business in Boston, Massachusetts.

19                    **JURISDICTION AND VENUE**

20      12.    This Court has subject matter jurisdiction over this action under

21  28 U.S.C. §§1331 and 1338 for VOA's claims under the Lanham Act, 15

22  U.S.C. §1125(a), and the Copyright Act, 17 U.S.C. § 501 et seq.  This Court

23  has supplemental jurisdiction over VOA's remaining claims under 28 U.S.C.

24  §1367.

25      13.    This Court also has subject matter jurisdiction over this action

26  under 28 U.S.C. §1332 because the matter in controversy exceeds the sum

27  or value of $75,000, exclusive of interest and costs, and the action is

28  between citizens of different States.    To wit, BSO is a citizen of

KRONENBERGER | ROSENFELD

150 Post Street, Suite 520, San Francisco, CA  94108

1    Massachusetts and VOA is a citizen of California.

2        14.    Venue is proper under 28 U.S.C. §1391 because VOA is located

3    in this judicial district and because this is a judicial district in which a

4    substantial part of the events or omissions giving rise to the claim occurred.

5        15.    This Court has personal jurisdiction over BSO because BSO has

6    done business with California residents, including VOA and individuals

7    referenced within this Complaint, and because BSO purposefully directs

8    substantial and pervasive activities at the residents of California such that

9    BSO can and should reasonably expect to be haled into the Courts of

10   California.  For example, BSO's musical groups, including the Boston Pops,

11   regularly tour California and perform at venues within California.   BSO

12   regularly holds auditions for musicians and performers within California.

13   BSO's musical groups, including the Boston Pops, often feature California

14   residents—including singers, composer and conductor John Williams, and

15   other celebrities—in their performances and, on information and belief, BSO

16   enters into contracts with each for the same.  On information and belief,

17   BSO has solicited donations from California patrons and, according to its

18   own website, BSO has rewarded select patrons by permitting them to

19   accompany BSO on a trip through California.  On information and belief,

20   BSO has solicited broadcasting and other contracts within California and

21   with California-based entities, including as specifically alleged herein.

22                         **FACTUAL ALLEGATIONS**

23                **Visions of America and the Photo Symphony**

24       16.    At the helm of VOA is renowned photographer and historian

25   Joseph Sohm ("Sohm").  Originally an American history teacher, Sohm has

26   spent the last thirty (30) years photographing all aspects of the fifty states

27   and in so doing, the American story. Sohm is known for his photographs of

28   U.S. Presidents—for example, his photograph of Bill Clinton is featured on

KRONENBERGER | ROSENFELD

150 Post Street, Suite 520, San Francisco, CA  94108

the back of Clinton's autobiography, *My Life*, and his photographs of Ronald Reagan are featured in Frederick J. Ryan's *The Great Communicator,* a biographical book about Ronald Reagan*.*  Sohm's work is displayed by the U.S. Department of State in more than eleven embassies worldwide. Sohm's images have been featured more than 200,000 times in publications such as *National Geographic*, *Time*, *The New York Times*, *The Washington Post*, and *The Wall Street Journal.*  In 2009, Sohm published the Gold & Silver Medal winning tabletop book *Visions of America—Photographing Democracy*, which was re-released on July 4, 2012 by *Readers Digest*.

17.   VOA owns the copyrights for Sohm's photographs, including U.S. Copyright Office ("USCO") Registration Nos. VA0001074964, VAu000358546, VAu000344544, VAu000346439, VAu000359475, VAu000390162, TX006993974, VAu000684449, and VAu000740477 (collectively, the "Sohm Photographs").  Together, these registrations cover tens of thousands of photographs.

18.   VOA also owns the trademark VISIONS OF AMERICA (the "Mark"), which it has used continuously in commerce in conjunction with its goods and services, including the Sohm Photographs and all derivative works, since 1987.

19.   VOA's predecessor, ChromoSohm Media, Inc., registered the Mark with the U.S. Patent and Trademark Office ("USPTO") in 1997, Registration No. 2038771.  In 2007, VOA neglected to file the necessary renewal paperwork with the USPTO, and registration of the Mark was subsequently cancelled. Regardless, VOA has continuously used the Mark in commerce since 1987 and has, at all relevant times, maintained a valid trademark therein.

20.   Over the years, VOA has partnered with other individuals and entities to create patriotic multimedia works that feature Sohm's

KRONENBERGER | ROSENFELD

150 Post Street, Suite 520, San Francisco, CA 94108

photographs in tandem with other artistic elements. Partnering organizations include but are not limited to: the Bicentennial of the U.S. Constitution, Peter Nero and the Philly Pops Orchestra, the New West Symphony Orchestra, the National Archives, the Clinton Presidential Library, the U.S. Department of State, the Democratic National Committee, the Presidential Inaugural Committee, *National Geographic*, *Readers Digest*, the President's Committee on the Arts and the Humanities, Philadelphia's "We the People" Bicentennial Celebration of the U.S. Constitution, Washington D.C.'s The Close Up Foundation, and Newseum Museum, etc.

21.   In 2002, VOA began creation of a collaborative, multimedia work, the centerpiece of which was a video montage of Sohm's patriotic photos ("the Montage").   VOA selected the images to be used in the Montage and edited them together in a video presentation.

22.   Beginning in or about 2008, VOA commissioned Grammy-winning, Oscar-nominated composer and pianist Roger Kellaway ("Kellaway") to compose an instrumental score (the "Score") to accompany the Montage.

23.   Subsequently, VOA and Kellaway partnered with award-winning songwriters Alan and Marilyn Bergman (the "Songwriters") to compose songs (the "Songs"), including a finale piece entitled "We the People," to accompany portions of the Montage.   Kellaway composed the music, while the Songwriters were responsible for the lyrics.

24.   Subsequently, Sohm wrote a narrative script (the "Script") to be read during certain portions of the Score, which was recorded in 2009 by Oscar-winner Clint Eastwood.

25.   When performed together, the Montage, the Score, the Songs, and the Script constitute an artistic work—namely, the Photo Symphony. The Photo Symphony, which was ten (10) years in the making, was

1  completed in 2009 and re-edited and re-orchestrated in 2011 at the Boston
2  Pops' request for its 2012 season.

3      26.    In addition to the Montage included in the Photo Symphony,
4  VOA provided images for two shorter video montages that the Boston Pops
5  performed multiple times during their Holiday Pops Season in December
6  2011 and the 2012 VOA Season. These videos (the "VOA Videos") featured
7  George Gershwin's "Love is Sweeping the Country" and "Prayer for
8  Thanksgiving" by Adriaen Valerius.

9                  **BSO and The Boston Pops**

10     27.    BSO is a nonprofit organization.

11     28.    BSO owns and operates the Boston Symphony Orchestra and
12  the Pops, as well as the venues at which they perform—Symphony Hall and
13  Tanglewood.

14     29.    On information and belief, compared to other orchestras, BSO
15  has by far one of the largest endowments in the country.  According to
16  BSO's Annual Report for the 2011–12 season, its total endowment was
17  approximately $380 million.

18     30.    BSO's 2012 operating revenues—that is, revenues derived from
19  concerts, tours, and merchandising—exceeded $40 million, which marked
20  an increase from the previous two years.

21     31.    Although BSO's operating revenues are substantial, they are
22  insufficient to cover its operating expenses.  Accordingly, BSO relies heavily
23  on personal charitable donations and corporate sponsorship.

24     32.    In 2012, BSO expended over $7 million in fundraising and
25  sponsorship drives, resulting in annual contributions totaling over $20
26  million.  This money, coupled with the operating revenue and an endowment
27  allocation, permitted BSO to cover its annual operating expenses totaling
28  nearly $74 million, with a net surplus of $288,000.

KRONENBERGER | ROSENFELD

150 Post Street, Suite 520, San Francisco, CA  94108

33.    On information and belief, BSO's top sponsors include Fidelity Investments, American Airlines, Common Wealth Worldwide, and Fairmont Copley Plaza.

## The Agreement

34.    The 2011–12 Season marked the 127th anniversary of the Pops.

35.    Beginning in May 2011, VOA entered into discussions with BSO regarding the possibility of the Pops and VOA working together to perform the Photo Symphony as part of the Pops' 2011–12 Season.

36.    Both BSO and VOA agreed that the patriotic tenor of the Photo Symphony was a good fit for the Pops, which is often referred to as "America's Orchestra."   Indeed, at one of the preliminary meetings to discuss the collaboration, the Pops' conductor, Keith Lockhart ("Lockhart"), suggested naming the entire seven-week 2012 concert season "Visions of America," and all agreed. Lockhart expanded on this later by calling the concert series a "National Premiere Concert."

37.    Accordingly, BSO and VOA entered into an agreement for the licensing and performance of the various artistic elements constituting the Photo Symphony during the 2011–12 Pops season (the "Agreement").

38.    While the Agreement was never committed to writing, its existence is evidenced by the Spring 2012 Pops season entitled "Visions of America" (the "Season").

39.    Indeed, the Season began on May 9, 2012 with a concert headlined by actress and singer Bernadette Peters.   This concert opened with a presentation of the shorter VOA Video ("Love is Sweeping the Country") to introduce the theme for the Season.   This VOA Video was played by the Pops multiple times throughout the Season.

40.    During the Season, and pursuant to the Agreement, the Photo Symphony was also performed eight (8) times.   While the Montage was

KRONENBERGER | ROSENFELD

150 Post Street, Suite 520, San Francisco, CA  94108

projected on a large screen at Symphony Hall, the Pops performed the Score and Songs, as illustrated in the following photograph taken during one performance:



41.    Pursuant to the Agreement, VOA arranged for Kellaway to serve as solo pianist during the Photo Symphony performances, for singers Patti Austin and Steve Tyrell to perform the Songs, and for actor Clint Eastwood to narrate according to the Script.   Additionally, Alan Bergman agreed to perform additional songs as a guest soloist.

42.    Pursuant to the Agreement, VOA also provided substantial materials and services in support of the Pops' publicity for the Season.

43.    For example, Sohm's photographs were used throughout the print materials and other media promoting the Season, including a photo installation in Symphony Hall and Prudential Shopping Center, billboard advertising, buses and bus stops with wrap-around advertisements, and lamppost banners promoting the Season, which were placed throughout the streets of Boston.

44.    Sohm, on behalf of VOA, conceived, managed, and judged a photography contest for the Pops entitled "What's *Your* Vision of America."

45.    Sohm, on behalf of VOA, participated in several media interviews, along with Lockhart, to promote the Season. Additionally, he was asked to speak for group-ticket sellers in October of 2011 and present a video-preview.

46.    Apple iTunes has, and is currently, advertising the Season in the iTunes Store using VOA images, photographs of Sohm, and audio references to VOA.

47.    Finally, VOA's Mark, which the Pops employed as the name of the Season, was used throughout the Season.

48.    VOA also incurred significant expenses in fulfilling its obligations under the Agreement, including without limitation travel expenses for Sohm and costs associated with preparation of copies of the Score, the Montage, multiple photographic shoots focusing on Boston, and the VOA Videos.

49.    Under the Agreement, VOA was to be paid in consideration for the materials, licenses, and services rendered by VOA throughout the Season.

50.    Initially, the parties sought to procure television broadcast sponsorship for the Season ("the Television Sponsorship"), with an eye towards having VOA paid directly from the Television Sponsorship.  To this end, pursuant to the Agreement and BSO's approval, VOA enlisted the services of third-party George P. Johnson Marketing ("Johnson") to procure and negotiate the Television Sponsorship. VOA also engaged television executive Herman Rush to develop and pay for a broadcast budget.

51.    By April 2012, it became clear that Johnson would be unable to procure the Television Sponsorship; however, BSO chose to proceed with the "Visions of America" Season, performance of the Photo Symphony, and

1  acceptance of all other benefits provided by VOA under the Agreement.

2  Accordingly, the Agreement was modified in that VOA would be paid from

3  BSO's general revenue and sponsorship funds.

4  52.   On information and belief, Fidelity Investments was the primary

5  sponsor of the Season.

6  53.   On information and belief, other significant sponsors of the

7  Season included Harvard University, Boston University, Tufts University,

8  and Partners HealthCare.  Indeed, each of these institutions sponsored a

9  "bought house" concert during which the Photo Symphony was performed.

10  54.   On information and belief, other significant sponsors and

11  business partners of the Season included United Healthcare, American

12  Airlines, John Hancock Financial Services, Liberty Mutual, UBS, State Street

13  Corporation, Common Wealth Worldwide, and Fairmont Copley Plaza.

14  55.   On information and belief, a BSO patron also donated an

15  unrestricted gift of more than $6 million during the Season. On May 31,

16  2012, Presidents at Pops raised an estimated $1 million.

17  56.   On information and belief, audiences for the entire Season

18  totaled approximately 40,000 and those for the concerts featuring the Photo

19  Symphony exceeded 16,000 persons.

20  57.   According to BSO's Annual Report for 2011–12, total operating

21  revenues for 2012 increased over the previous year, reversing a two-year

22  trend of declining revenues.

23  58.   The Season saw packed houses and standing ovations at every

24  performance of the Photo Symphony.

25  ### BSO's Breach of the Agreement

26  59.   The Season ended on or about June 16, 2012.

27  60.   Shortly after the end of the Season, VOA contacted BSO to

28  arrange for payment under the Agreement.

KRONENBERGER | ROSENFELD
150 Post Street, Suite 520, San Francisco, CA  94108

61.    Despite the time and money expended by VOA in support of the Season, and the substantial artistic work and other materials VOA provided to BSO for use in the Season, BSO expressly refused to pay any amount to VOA.

62.    BSO's refusal to pay VOA constituted a breach of the Agreement.

63.    In addition, after the close of the Season, VOA learned that BSO had permitted select concerts in the Season, including those featuring the Photo Symphony, to be broadcast nationally on WGBH Classical New England (the "Radio Broadcast") as well as on New England 89.7 WGBH Boston Public Radio and 90.7 Classical Radio.   Subsequently, the Radio Broadcast was uploaded to and made available on the Internet for anyone in the world to hear.   On information and belief, the Radio Broadcast was available on the Internet for several months and perhaps longer.   VOA is aware of persons in Missouri, Florida, California and Europe who listened to the Radio Broadcast via Internet playback.

64.    BSO never asked for, and VOA never granted, permission for use of VOA's Mark and the Photo Symphony in the Radio Broadcast, whether by radio transmission or via Internet playback.

65.    Accordingly, BSO's actions with respect to the Radio Broadcast exceeded the scope of any licenses granted by VOA to BSO in the Agreement.

66.    Quizzically, while BSO did pay Alan Bergman, Patti Austin, and Steve Tyrell directly for their vocal performances during the Season, BSO has refused to pay Kellaway for his many featured soloist performances as a pianist.

67.    As a result of BSO's breaches of the Agreement, VOA has been significantly damaged.   Not only has VOA born the burden of its substantial

1   out-of-pocket expenses, but VOA has been deprived of the monetary benefit

2   it expected to receive pursuant to the Agreement.

3   **BSO's Copyright and Trademark Infringement**

4   68.   Because the Agreement was never committed to writing, VOA is

5   informed and believes that, despite the obvious and valuable benefit BSO

6   received from VOA during the Season, BSO may argue that a valid

7   agreement was never formed.  To wit, in responding to VOA's demand for

8   payment under the Agreement, BSO contended that the Agreement did not

9   exist.

10   69.   If, during the course of this action, it is determined that the

11   Agreement was invalid or was never formed, then any copyright and/or

12   trademark licenses granted by VOA to BSO pursuant to the Agreement are

13   also invalid and/or never existed.

14   70.   Accordingly, **in the alternative** to its contractual claims asserted

15   in this complaint, VOA has asserted claims for copyright infringement and

16   trademark infringement.

17   71.   BSO infringed VOA's copyrights in the **hundreds** of Sohm

18   Photographs used in (1) the Montage, (2) the VOA Videos, and (3) the

19   promotional materials for the Season by using the same without license from

20   VOA.

21   72.   BSO infringed VOA's copyright in the Script by using the same

22   throughout the Season without license from VOA.

23   73.   BSO also infringed VOA's Mark by using it to advertise and in

24   conjunction with BSO's goods and services throughout the Season without

25   license from VOA.

26   74.   As a result of BSO's copyright and trademark infringement, VOA

27   has been significantly damaged.

28   //

Case No.                          13                          **COMPLAINT**

KRONENBERGER | ROSENFELD

150 Post Street, Suite 520, San Francisco, CA  94108

1

2

**FIRST CLAIM FOR RELIEF**

**(Breach of Oral Contract)**

3       75.    VOA repeats and re-alleges all of the foregoing Paragraphs, as if

4    fully set forth herein.

5       76.    VOA and BSO entered into the Agreement.

6       77.    The Agreement is a valid, binding contract supported by

7    adequate consideration.

8       78.    Among other things, the Agreement, as modified by the parties,

9    required BSO to directly reimburse VOA's out-of-pocket expenses and pay

10   VOA for the value of VOA's contributions to the Season, including the

11   provision of the Photo Symphony and its components, the securing of talent

12   for concert performances, and the materials provided and appearances

13   made in promotion of the Season.

14      79.    VOA has fulfilled all of its obligations under the Agreement.

15      80.    BSO breached the Agreement by refusing to make any payment

16   to VOA.

17      81.    BSO's actions and inactions constitute material breaches of the

18   Agreement.

19      82.    As a direct and proximate result of BSO's breach of the

20   Agreement, VOA has been damaged and continues to be damaged in an

21   amount to be proven at trial.

22

23

**SECOND CLAIM FOR RELIEF**

**(Breach of Implied-In-Fact Contract)**

24      83.    VOA repeats and re-alleges Paragraphs 1–74, as if fully set forth

25   herein.

26      84.    VOA asserts this Second Claim for Relief **in the alternative** to

27   the First Claim for Relief.

28      85.    VOA and BSO entered into the Agreement, as manifested by the

KRONENBERGER | ROSENFELD

150 Post Street, Suite 520, San Francisco, CA  94108

1   conduct of each party.

2       86.    The conduct of VOA, BSO, and each of them in entering into the

3   Agreement was, at all relevant times, intentional, and each knew or had

4   reason to know that the other party would interpret the conduct as an

5   agreement to enter into a contract—namely, the Agreement.

6       87.    The Agreement is a valid, binding contract supported by

7   adequate consideration.

8       88.    Among other things, the Agreement, as modified by the parties,

9   required BSO to directly reimburse VOA's out-of-pocket expenses and pay

10  VOA for the value of VOA's contributions to the Season, including the

11  provision of the Photo Symphony and its components, the securing of talent

12  for concert performances, and the materials provided and appearances

13  made in promotion of the Season.

14      89.    VOA has fulfilled all of its obligations under the Agreement.

15      90.    BSO breached the Agreement by refusing to make any payment

16  to VOA.

17      91.    BSO's actions and inactions constitute material breaches of the

18  Agreement.

19      92.    As a direct and proximate result of BSO's breach of the

20  Agreement, VOA has been damaged and continues to be damaged in an

21  amount to be proven at trial.

                        **THIRD CLAIM FOR RELIEF**

                            **(Quantum Meruit)**

24      93.    VOA repeats and re-alleges Paragraphs 1–74, as if fully set forth

25  herein.

26      94.    VOA asserts this Third Claim for Relief **in the alternative** to the

27  First and Second Claims for Relief.

28      95.    VOA has conferred a valuable benefit on BSO in the form of the

time, effort, money, and materials contributed by VOA to the Season, including without limitation, the provision of the Photo Symphony and its components, the securing of talent for concert performances, the materials provided and appearances made in promotion of the Season, and the out-of-pocket travel and copying expenses borne by VOA.

96.   BSO accepted the benefit provided by VOA with the reasonable expectation of compensating VOA.

97.   VOA provided the benefit with the reasonable expectation of receiving compensation.

98.   BSO has not compensated VOA for the benefit provided.

## FOURTH CLAIM FOR RELIEF
### (Restitution/Unjust Enrichment)

99.   VOA repeats and re-alleges Paragraphs 1–74, as if fully set forth herein.

100.  VOA asserts this Fourth Claim for Relief **in the alternative** to the First, Second, and Third Claims for Relief.

101.  BSO has been enriched by its receipt of and benefit from the time, effort, money, and materials contributed by VOA to the Season, including without limitation, the provision of the Photo Symphony and its components, the securing of talent for concert performances, the materials provided and appearances made in promotion of the Season, and the out-of-pocket travel and copying expenses borne by VOA.

102.  Likewise, VOA has been impoverished by the time, effort, money, and materials it has contributed to the Season without receiving payment in return from BSO.

103.  A causal relationship exists between BSO's enrichment and VOA's impoverishment in that VOA's impoverishment is directly and proximately caused by BSO's refusal to pay VOA for the benefits conferred

KRONENBERGER | ROSENFELD

150 Post Street, Suite 520, San Francisco, CA  94108

1  on BSO.

2  104.  BSO has no reasonable justification for its failure to compensate

3  VOA for the enrichment it has received.

4  105.  VOA lacks an adequate remedy provided by law and therefore

5  seeks restitution for BSO's unjust and unlawful conduct.

**FIFTH CLAIM FOR RELIEF**

**(Copyright Infringement, 17 U.S.C. § 501 <u>et seq.</u>)**

8  106.  VOA repeats and re-alleges Paragraphs 1–74, as if fully set forth

9  herein.

10  107.  VOA asserts this Fifth Claim for Relief **<u>in the alternative</u>** to the

11  First, Second, Third, and Fourth Claims for Relief.

12  108.  Sohm's Photographs are original, creative works in which VOA

13  owns protectable copyright interests.

14  109.  VOA owns the copyrights for Sohm's Photographs, USCO

15  Registration  Nos.  VA0001074964,  VAu000358546,  VAu000344544,

16  VAu000346439,  VAu000359475,  VAu000390162,  TX006993974,

17  VAu000684449, and VAu000740477.  Together, these registrations cover

18  tens of thousands of photographs.

19  110.  VOA owns the copyright for the Script.

20  111.  Absent  a  valid  agreement  for  compensation,  VOA  has  not

21  licensed BSO to use the Sohm Photographs or the Script in any manner, nor

22  has VOA assigned any of its exclusive rights in the copyrights to BSO.

23  112.  Without valid permission or authorization from VOA, and in willful

24  violation of VOA's rights under 17 U.S.C. § 106, BSO reproduced and/or

25  displayed the Sohm Photographs during its concerts and in its promotional

26  and other printed and electronic materials for the Season.

27  113.  BSO's reproduction and display of the Sohm Photographs and

28  the Script constitute copyright infringement.

KRONENBERGER | ROSENFELD   150 Post Street, Suite 520, San Francisco, CA  94108



1    114.  On information and belief, tens of thousands of people have

2  viewed  the  unlawful  copies  of  the  Sohm  Photographs  reproduced  and

3  displayed  by  BSO  and  heard  the  Script  performed  in  conjunction  with  the

4  Season.

5    115.  On information and belief, BSO had knowledge of the copyright

6  infringement alleged herein and had the ability to stop the reproduction and

7  display of VOA's copyrighted material.

8    116.  BSO's copyright infringement has damaged VOA in an amount

9  to be proven at trial.

10                    **SIXTH CLAIM FOR RELIEF**

11  **(Trademark Infringement Under the Lanham Act, 15 U.S.C. § 1125)**

12    117.  VOA repeats and re-alleges Paragraphs 1–74, as if fully set forth

13  herein.

14    118.  VOA asserts this Sixth Claim for Relief **in the alternative** to the

15  First, Second, Third, and Fourth Claims for Relief.

16    119.  VOA owns the VISIONS OF AMERICA trademark, or the Mark.

17    120.  Absent  a  valid  agreement  for  compensation,  VOA  has  not

18  licensed BSO to use the Mark in any manner, nor has VOA assigned any of

19  its exclusive rights in the Mark to BSO.

20    121.  Without  valid  permission  or  authorization  from  VOA,  BSO

21  repeatedly  used  the  Mark  throughout  the  Season,  including  during  its

22  concerts and in its promotional and other printed and electronic materials, to

23  designate BSO's products and services.  Indeed, BSO used the Mark as the

24  name for the entire Season.

25    122.  BSO's actions constitute the knowing use of an infringing mark

26  and false designation of origin, false and misleading description of fact, and

27  false and misleading representation of fact, all in violation of 15 U.S.C. §

28  1125(a).

123. BSO's unauthorized and repeated uses of the Mark, and confusingly similar terms, in commerce to falsely represent, describe, and/or designate the origin of BSO's products and services is likely to cause confusion as to: (a) the source of BSO's products and services, (b) an affiliation or connection between BSO and VOA, and/or (c) the origin, sponsorship, or approval of BSO's products or services.

124. BSO at all times was aware of VOA's Mark and its conduct has, at all times, been willful and intentional, and BSO engaged in the actions alleged herein with the purpose of confusing consumers and trading on the goodwill associated with VOA's Mark. Accordingly, VOA respectfully requests damages in an amount three times actual damages, and an award of attorneys' fees and costs pursuant to 15 U.S.C. § 1117.

125. As a direct result of BSO's willful and unlawful actions, VOA has suffered and continues to suffer irreparable harm, including damage to and diminution in value of VOA's Mark, for which there is no adequate remedy at law. Accordingly, VOA is entitled to injunctive and equitable relief.

## PRAYER FOR RELIEF

**WHEREFORE**, VOA respectfully requests judgment as follows:

1. That the Court enter a judgment against BSO that it is liable to VOA for breach of contract or, in the alternative, that BSO is liable to VOA under either (1) the legal theories of unjust enrichment or quantum meruit, or (2) for copyright and trademark infringement in violation of the Copyright Act and the Lanham Act;

2. That the Court award damages and monetary relief as follows:

   a) On VOA's breach of contract claims, compensatory damages, together with appropriate interest thereon, against BSO and according to proof at trial;

   b) In the alternative, on VOA's unjust enrichment/restitution or

KRONENBERGER | ROSENFELD

150 Post Street, Suite 520, San Francisco, CA  94108

quantum meruit claims, the reasonable value of the benefit conferred against BSO;

    c)    In the alternative, on VOA's copyright infringement claim, statutory damages against BSO pursuant to 17 U.S.C § 504(c) of $150,000 per infringement;

    d)    In the alternative, on VOA's trademark infringement claim, actual damages and disgorgement of BSO's profits pursuant to 15 U.S.C. § 1117;

    e)    VOA's attorneys' fees pursuant to 17 U.S.C. § 505 and 15 U.S.C. § 1117;

    f)    VOA's costs; and

Such other relief that the Court determines is just and proper.

Respectfully Submitted,

DATED: June 13, 2013

**KRONENBERGER ROSENFELD, LLP**

By: _____

Virginia Sanderson

Attorneys for Plaintiff

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

1

## REQUEST FOR JURY TRIAL

2    Plaintiff hereby demands a trial of this action by jury.

3

4    DATED: June 13, 2013          **KRONENBERGER ROSENFELD, LLP**

5

6                                  By: _____

7                                       Virginia Sanderson

8                                  Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.                          21                    **COMPLAINT**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| VISIONS OF AMERICA, LLC, a California limited liability company,<br><br>_____<br>*Plaintiff(s)*<br>v.<br>BOSTON SYMPHONY ORCHESTRA, INC., a Massachussetts nonprofit corporation,<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. **CV 13 - 04355 - JFM**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BOSTON SYMPHONY ORCHESTRA, INC.
301 Mass Ave.
Boston, MA 02115

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Virginia Sanderson
150 Post Street, Suite 520
San Francisco, CA 94108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  JUN 1 7 2013      _____
                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❏ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

CIVIL COVER SHEET

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐ ) | DEFENDANTS ( Check box if you are representing yourself ☐ ) |
|---|---|
| Visions of America, LLC | Boston Symphony Orchestra, Inc. |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>KRONENBERGER ROSENFELD, LLP<br>150 Post Street, Suite 520<br>San Francisco, CA 94108<br>(415) 955-1155 | (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) |
|---|---|

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☐ 2. U.S. Government Defendant

☐ 3. Federal Question (U.S. Government Not a Party)

☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No ☒ **MONEY DEMANDED IN COMPLAINT: $** > $75,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C 1332. Breach of contract or, in the alternative, copyright & trademark infringement.

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☒ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY: Case Number: **CV13-04355**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES**: Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES**: Have any cases been previously filed in this court that are related to the present case?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE**: (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura County, CA | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Massachusetts |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura County, CA | |

**\*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
**Note**: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _[signature]_   DATE:   6/11/13

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

**Key to Statistical codes relating to Social Security Cases:**

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |