BLECHER COLLINS PEPPERMAN & JOYE, P.C.
Maxwell M. Blecher (State Bar No. 26202)
 *mblecher@blechercollins.com*
Kristen M. Peters (State Bar No. 252296)
 *kpeters@blechercollins.com*
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071-3334
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

Attorneys for Defendant
BOSTON SYMPHONY ORCHESTRA, INC.

KRONENBERGER ROSENFELD, LLP
Karl S. Kronenberger (SBN 226112)
 *karl@krinternetlaw.com*
Virginia Sanderson (SBN 240241)
 *ginny@krinternetlaw.com*
Alison B. Kwan (SBN 267884)
 *alison@krinternetlaw.com*
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiff
Visions of America, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VISIONS OF AMERICA, LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>BOSTON SYMPHONY ORCHESTRA, INC.,<br><br>  Defendant. | Case No. CV 13-4355 JEM<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY MORE THAN 30 DAYS PURSUANT TO LOCAL RULES 7-1 AND 8-3**<br><br>The Hon. John E. McDermott<br><br>Complaint Served:   June 21, 2013<br>Current Response Date: July 11, 2013<br>New Response Date: August 23, 2013 |

Having considered the parties' Stipulation to Extend Time to Respond to Complaint by More Than 30 Days, and good cause appearing therefore,

IT IS HEREBY ORDERED that the deadline for Defendant Boston Symphony Orchestra, Inc. ("Defendant") to file a response to Plaintiff's Complaint shall be extended from July 11, 2013 to August 23, 2013.

IT IS SO ORDERED.

DATED: July 9, 2013

*John E. McDermott*

Hon. John E. McDermott
United States Magistrate Judge

56558.1